UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>Plaintiff,<br><br>vs.<br><br>UPS GROUND FREIGHT, INC., d/b/a UPS FREIGHT, et al<br><br>Defendants. | )<br>)<br>)<br>)<br>)   No. 2:17-cv-02453-JAR-JPO<br>)<br>)   **EXPEDITED RULING REQUESTED**<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT UPS GROUND FREIGHT, INC.'S MOTION TO MODIFY AND/OR VACATE THE COURT'S PERMANENT INJUNCTION, MOTION IN THE ALTERNATIVE TO STAY THE PERMANENT INJUNCTION PENDING RATIFICATION AND APPEAL, AND REQUEST FOR EXPEDITED RULING

Defendant UPS Ground Freight, Inc., d/b/a UPS Freight ("UPS"), by and through counsel, and pursuant to Federal Rules of Civil Procedure 60(b) and 62(c), moves the Court for an Order: (a) modifying and/or vacating the Court's permanent injunction entered by the Court in the July 27, 2018 Memorandum and Order, ECF No. 31; or in the alternative, (b) staying the permanent injunction pending ratification of the new collective bargaining agreement ("CBA") and appeal.

1. The Court granted partial judgment on the pleadings to Plaintiff and entered a permanent injunction on July 27, 2018.

2. The Court's Order should be modified and/or vacated in light of the new CBA tentatively agreed on between UPS and Teamsters National UPS Freight Negotiating Committee and currently in the process of ratification that includes a modified Article 23.1, which eliminates the need for a permanent injunction.

3. In the alternative, UPS moves to stay the permanent injunction pending ratification of the new CBA as the new CBA should alleviate the Court's concerns raised in its permanent injunction.

4. If the Court declines to modify and/or vacate its July 27, 2018 Order, UPS respectfully intends to appeal the Order to the Tenth Circuit Court of Appeals.

5. A stay of the permanent injunction pending the appeal is also warranted because UPS is likely to succeed on the merits, UPS will suffer irreparable harm without a stay, the harm to UPS without a stay outweighs any potential temporary harm to other interested parties if a stay is issued, and a stay does not adversely affect the public interest.

6. UPS fully incorporates by reference its contemporaneously-filed Memorandum in Support.

WHEREFORE, for the foregoing reasons, UPS respectfully requests that the Court sustain this Motion and modify and/or vacate the July 27, 2018 permanent injunction, or, in the alternative, stay the permanent injunction pending ratification of the new CBA and appeal, and grant such further relief as the Court deems just and proper.

ARMSTRONG TEASDALE LLP

By:   /s/  *Shelley I. Ericsson*
    Shelley I. Ericsson    #19098
    2345 Grand Boulevard, Suite 1500
    Kansas City, Missouri 64108-2617
    816.221.3420
    816.221.0786 (facsimile)
    sericsson@armstrongteasdale.com

    Daniel K. O'Toole #38051
    7700 Forsyth Boulevard, Suite 1800
    St. Louis, Missouri 63105
    314.621.5070
    314.621.5065 (Facsimile)
    dotoole@armstrongteasdale.com

ATTORNEYS FOR DEFENDANT UPS GROUND FREIGHT, INC., D/B/A UPS FREIGHT

## **CERTIFICATE OF SERVICE**

This is to certify that on Thursday, August 23, 2018, a true and accurate copy of the above and foregoing was e-filed with the Court using the CM/ECF system which sent notification to all parties entitled to service.

    /s/  *Shelley I. Ericsson*