UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

EQUAL EMPLOYMENT OPPORTUNITY ) 
COMMISSION, )
 )
              Plaintiff, )
 )
vs. )     No.  2:17-cv-02453-JAR
 )
UPS GROUND FREIGHT, INC., )
d/b/a UPS FREIGHT, et al, )
 )
             Defendants. )
 )

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff U.S. Equal Employment Opportunity Commission and Defendant UPS Ground Freight, Inc. by and through their respective counsel of record, hereby stipulate to the dismissal of this action with prejudice.

FOR PLAINTIFF EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION:

SHARON FAST GUSTAFSON
General Counsel

ROBERT A. CANINO
Acting Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

*/s/ Andrea G. Baran*
ANDREA G. BARAN, Mo. Bar # 46520
Regional Attorney

C. FELIX MILLER, Mo. Bar # 28309
Supervisory Trial Attorney

GRANT R. DOTY, D. Kan. Bar # 78568
Senior Trial Attorney
1222 Spruce St., Room 8.100
St. Louis, MO 63103
Phone: (314) 539-7918
Email: grant.doty@eeoc.gov

MEREDITH BERWICK, Mo. Bar # 64389
Trial Attorney
1222 Spruce St., Room 8.100
St. Louis, MO 63103
Phone: (314) 539-7918
Email: meredith.berwick@eeoc.gov

FOR DEFENDANT UPS GROUND
FREIGHT, INC.:

*/s/ Daniel K. O'Toole*
DANIEL K. O'TOOLE, Mo. Bar #38051
ARMSTRONG TEASDALE LLP
7700 Forsyth Boulevard, Suite 1800
St. Louis, Missouri 63105
314.621.5070
314.621.5065 (Facsimile)
dotoole@atllp.com